ORIGINAL



FILED

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0476

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0476

IN THE MATTER OF:

L.M.W.,

A Youth in Need of Care.

OCT 14 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

N. D. moves this Court for appointment of counsel in an appeal of a decision from a youth-in-need-of-care case where she is the paternal grandmother. As grounds, N. D. states that the Gallatin County District Court found her indigent and that she was appointed counsel from the Office of the State Public Defender. She further states that she "cannot afford to hire counsel for this appeal."

While N.D. does not include a copy of the final judgment with her Notice of Appeal, she provides the title. On August 25, 2020, the District Court issued its Findings of Fact, Conclusions of Law and Order Placing L.M.W. with Mother Superseding any Custodial Order, Dismissing Temporary Legal Custody as to Mother and Father and Closing the Case. While N.D. may have had a right to appear in this proceeding pursuant to § 41-3-422(9)(a), MCA, she may not be a "party to the action." We conclude that N.D. is not entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that N.D.'s Motion for Appointment of Counsel is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to N.D. personally.

DATED this 14th day of October, 2020.

For the Court,

By _____
Chief Justice